WALTER AMBROSE and ELIZABETH AMBROSE, Respondents, v. JOSEPH VASTUNAS and ELIZABETH VASTUNAS, Appellants.— Motion for reargument denied. Motion

for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.